Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO ALBERTO CORTES GOMEZ,<br><br>Plaintiff,<br><br>V.<br><br>TRACY RENAUD[1], Director, United States Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. C21-0242-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>Note on Motion Calendar: July 16, 2021. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Mario Alberto Cortes Gomez, and Defendants jointly stipulate to dismiss this mandamus action, without attorney's fees or costs to any party. On June 30, 2021, United Sates Citizenship and Immigration Services issued final adjudications of Plaintiff's I-485 Application for Adjustment of Status and I-601 Application or Waiver of Grounds of Inadmissibility. Thus, the matters for which Plaintiff sought mandamus relief have been resolved and Plaintiff's petition is not moot.

Plaintiff and Defendants therefore stipulate to dismiss this action. All parties shall bear their own attorney's fees and costs.

---

[1] Tracy Renaud is the Senior Official performing the Duties of the Director, U.S. Citizenship and Immigration Services as of January 20, 2021, and should be automatically substituted for Defendant Kenneth T. Cuccinelli under Federal Rule of Civil Procedure 25(d).

STIPULATION AND ORDER OF DISMISSAL
C21-0242-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Stipulated and presented this 16th day of July, 2021.

| | |
|---|---|
| ALEXANDRA LOZANO<br>IMMIGRATION LAW<br><br>*s/ Alexandra Lozano*<br>ALEXANDRA LOZANO, WSBA No. 40478<br>Alexandra Lozano Immigration Law<br>16400 Southcenter Pkwy, Suite 410<br>Tukwila, WA 98188<br>Phone: 206-406-3068<br>Email: alexandra@abogadaalexandra.com<br><br>*Counsel for Plaintiff* | TESSA M. GORMAN<br>Acting United States Attorney<br><br>*s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA No. #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATION AND ORDER OF DISMISSAL
C21-0242-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

IT IS FUTHER ORDERED that the case is dismissed with prejudice and without costs or fees for any party.

DATED this 19th day of July, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
C21-0242-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970